# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>OSCAR BELTRAN,<br><br>    Defendant. | Case No. 2:12-cr-00194-LDG (VCF)<br><br>**ORDER** |

The defendant, Oscar Beltran, has moved for a reduction of sentence pursuant to 18 U.S.C. §3852(c)(2).  A review of the docket establishes that the Court sentenced the defendant to a minimum statutory sentence of 120 months.  Accordingly, the defendant is not eligible for a reduction of sentence.  Accordingly,

THE COURT **ORDERS** that the defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. §3582(c)(2) (#30) is DENIED.

DATED this 9 day of October, 2015.

Lloyd D. George
United States District Judge